IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01862-JLK

JENNIFER L. KITCH,

        Plaintiff, *Pro Se*,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

_____

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
(*APPROVED AS SUBMITTED BY DEFENDANT*)
_____

      Defendant, Commissioner of Social Security ("Commissioner"), hereby submits this proposed joint case management plan. Pursuant to D.C. COLO. L. Civ. R. 7.1(A), the undersigned counsel for the Commissioner made reasonable, good faith efforts to confer with Plaintiff, *pro se*, as to this matter by attempting to reach Plaintiff via telephone and leaving voice mails. Additionally, the Commissioner has incorporated herein the Plaintiff's statements and proposals based upon the content of her proposed joint case management plan, submitted to the Court on August 24, 2010 (*see* Dkt. 10).

**1.**  **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

                For Plaintiff:

                Jennifer L. Kitch
                Plaintiff, *Pro Se*
                9840 West 21st Avenue
                Lakewood, CO 80215
                (303) 324-5882

                For Defendant:

                Jessica Milano
                Special Assistant United States Attorney
                Assistant Regional Counsel
                Office of the General Counsel
                Social Security Administration
                1001 17th Street
                Denver, CO 80202

(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

This is a Social Security appeal.  The Court has jurisdiction pursuant to 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

   A.    **Date Complaint Was Filed:**    August 5, 2010

   B.    **Date Complaint was Served on U.S. Attorney's Office**:    August 17, 2010

   C.    **Date Answer and Administrative Record Were Filed:**    October 18, 2010

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states that the record is incomplete and she has more medical records (Dkt. 10 at 2).

Defendant states that it appears the Administrative Record is complete and accurate, containing all of the evidence that was before the administrative law judge.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Plaintiff states that she has documentation of carpel tunnel to add to the record (Dkt. 10 at 2).

Defendant states that he does not intend to submit any additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not provide any unusual claims or defenses.

**7.    OTHER MATTERS**

The Plaintiff has no other matters to bring to the attention of the Court (Dkt. 10 at 2).

**8.    BRIEFING SCHEDULE**

   A.    **Plaintiff's Opening Brief**:    December 20, 2010*
   *Please note that the Plaintiff indicated: "none" (*see* Dkt. 10 at 3).

*The court is aware of the Plaintiff's early indication that she would not file an opening brief, however she may do so on or before December 20, 2010.*

B. **Response Brief due:** January 19, 2011

C. **Reply Brief due:** February 3, 2011

9. **STATEMENTS REGARDING ORAL ARGUMENT**

A. **Plaintiff's Statement:** The Plaintiff does not request oral argument (Dkt. 10 at 2).

B. **Defendant's Statement:** The Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A. **(X)** All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. **( )** All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 10th day of November, 2010

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

| APPROVED: | JOHN F. WALSH |
|---|---|
| | United States Attorney |
| s/ | |
| 9840 West 21st Avenue | KEVIN TRASKOS |
| Lakewood, CO 80215 | Chief, Civil Division |
| (303) 324-5882 | United States Attorney's Office |
| | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| Plaintiff, *Pro Se* | s/ Jessica Milano |
| | Jessica Milano |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, CO 80202 |
| | (303) 844-7136 |
| | (303) 844-0770 (fax) |
| | jessica.milano@ssa.gov |
| | |
| | Attorneys for Defendant |